Format for Pro Hac Vice Motion (Rev. 7/09)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  | )  |  |
|---|---|---|
|  | )  | Civil Action No.1:17-cv-1494 |
|  | )  |  |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Jonathan Kaufman to represent Plaintiffs Juana Doe 1, et al in this matter.

Signed:___/s/ Misty Seemans_____

Misty A. Seemans, DE Bar # 5975
O. P. D. (Pro Bono; Cooperating Attorney, EarthRights International)
820 North French Street
Third Floor
Wilmington, DE 19801
Tel: (302) 577-5126
Attorney for: Plaintiffs Juan Doe 1,et al
Date: 10/25/2017

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.


Date: _____          _____
                                            United States District Judge


## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia and the state of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ❐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

Signed: _/s/ Jonathan Kaufman

Date: 10/25/2017

 Jonathan Kaufman
Law Office of Jonathan Kaufman
341 W. 24th Street
Apartment 21C,
New York, NY 10010
Tel: (212) 620 – 4171
Email: jgkaufman@gmail.com