## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JUANA DOE I et al.,          ) | |
|             ) | |
|         Plaintiffs,     ) | |
|             ) | |
|     v.             ) | Civil Action No. 17-1494-VAC-SRF |
|             ) | |
| IFC ASSET MANAGEMENT    ) | |
| COMPANY, LLC,        ) | |
|             ) | |
|         Defendant.    ) | |

## ORDER

At Wilmington this **8th** day of **January 2018**.

WHEREAS, on November 21, 2017, Defendant filed a Motion to Extend Time to move, answer, or otherwise respond to Plaintiffs' complaint (D.I. 17), to which Plaintiffs oppose (D.I. 19);

WHEREAS, on December 18, 2017, Defendant filed a Motion to Transfer before the court resolved the pending Motion to Extend Time (D.I. 23);

WHEREAS, the court stayed briefing on Defendant's Motion to Transfer until the court resolved Defendant's pending Motion to Extend Time (D.I. 26);

WHEREAS, the court has reviewed the briefs and arguments presented by the parties regarding Defendant's Motion to Extend Time (D.I. 17; D.I. 19; D.I. 20; D.I. 22);

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

(1) Defendant's Motion to Extend Time to move, answer, or otherwise respond to the complaint (D.I. 17) is DENIED, as the court finds that issues raised, or likely to be raised, regarding the Defendant's Motion to Transfer are intertwined with issues

likely to be raised in a potential motion to dismiss pursuant to Federal Rule of Civil

Procedure 12;  therefore, the court sees no efficiency in piecemeal litigation which

would be incompatible with the motion practice established under Rule 12;

(2) On or before February 7, 2018, unless the parties otherwise agree and stipulate,

Defendant shall move, answer, or otherwise respond to the complaint in accordance

with the Federal Rules of Civil Procedure;

(3) The stay of briefing (D.I. 26) on Defendant's Motion to Transfer is terminated; and

(4) In accordance with Local Rule 7.1.2(b), on or before January 22, 2018, Plaintiffs shall

respond to Defendant's Motion to Transfer (D.I. 23); Defendant shall file a reply on

or before January 29, 2018.

Sherry R. Fallon
United States Magistrate Judge

2