# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

JUANA DOE I et al,

   *Plaintiffs,*

v.

IFC ASSET MANAGEMENT COMPANY, LLC,

INTERNATIONAL FINANCE CORPORATION,

   *Defendants.*

Civil Action No. 17-1494-JFB-SRF

**FILED UNDER SEAL**

**PLAINTIFFS' UNOPPOSED MOTION TO FILE FIRST AMENDED COMPLAINT UNDER SEAL**

Misty A. Seemans, DE Bar # 5975
O.P.D. (Pro Bono; cooperating attorney with EarthRights International)
820 North French Street
Third Floor
Wilmington, DE 19801
Tel: (302) 577-5126
Email: misty@earthrights.org

Dated: May 30, 2018

Richard Herz
Marissa Vahlsing
Marco Simons
Sean Powers
Kelsey Jost-Creegan
EARTHRIGHTS INTERNATIONAL
1612 K Street NW, Suite 401
Washington, DC, 20006
Tel: (202) 466-5188

Jonathan Kaufman
LAW OFFICE OF JONATHAN KAUFMAN
341 W. 24th St. Apt. 21C, New York, NY 10011
T: (212) 620-4171

Judith Brown Chomsky
LAW OFFICES OF JUDITH BROWN CHOMSKY
Post Office Box 29726, Elkins Park, PA 19027
Tel: 215-782-8367

*Counsel for Plaintiffs*

**PLAINTIFFS' UNOPPOSED MOTION TO FILE FIRST AMENDED COMPLAINT UNDER SEAL**

Plaintiffs hereby move to have Plaintiffs' First Amended Complaint (FAC), D.I. 38, removed from the public docket and filed under seal, and to replace D.I. 38 in the public record with the attached, redacted version of the First Amended Complaint. Defendants have indicated that they do not object.

██████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████████
███

1. **Background.**

   ████████████████████████████████████████████████████████████
   ██████████████████████████████████████████████████████████████████████
   ██████████████████████████████████████████████████████████████████████
   ████████████████   ████████████████████████████████████████████
   ██████████████████████████████████████████████████████████████████████
   ██████████████████████████████████████████████████████████████████████
   ██████████████████████████████████████████████████████████████████████
   ████████████████████████████████████████████
   ██████████████████████████████████████

---

[1] ████████████████████████████████████████████████████

**2. Filing under seal is justified.**

███████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████ Courts have regularly held that filing information under seal is permitted when there are safety concerns for the plaintiff or others. *See Rossbach v. Rundle*, 128 F. Supp. 2d 1348, 1350 (S.D. Fla. 2000)(sealing discovery motions to prevent subjecting non-parties to unwanted publicity); *Yaman v. United States Dep't of State*, 786 F. Supp. 2d 148, 154 (D.D.C. 2011) (plaintiff permitted to file her address under seal because of her interest in protecting her minor daughters); *Doe v. City of San Diego*, 2014 U.S. Dist. LEXIS 66535, *18 (S.D. Cal. May 14, 2014) (plaintiff permitted to keep her identifying information confidential).

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████

**3. Relief requested.**

For these reasons, Plaintiffs respectfully request leave to have the unredacted FAC, D.I. 38, filed under seal. The sealing would remain for the remainder of this litigation. Upon the termination of the litigation, Plaintiffs request that the document be destroyed.

Plaintiffs respectfully request leave to substitute D.I. 38 with a redacted version, filed hereto as Exhibit 1.

Dated: May 30, 2018                     Respectfully submitted,

/s/ *Misty A. Seemans*

Misty A. Seemans, DE Bar # 5975
O.P.D. (Pro Bono; cooperating attorney
with EarthRights International)
820 North French Street
Third Floor
Wilmington, DE 19801
Tel: (302) 577-5126
Email: misty@earthrights.org

Richard Herz [2]
Marco Simons
Marissa Vahlsing
Sean Powers
Kelsey Jost-Creegan
EarthRights International
1612 K Street N.W., Suite 401
Washington, D.C. 20006
Tel: 202-466-5188

Jonathan Kaufman
LAW OFFICE OF JONATHAN KAUFMAN
341 W. 24th St. Apt. 21C, New York, NY 10011
T: (212) 620-4171

Judith Brown Chomsky
LAW OFFICES OF JUDITH BROWN CHOMSKY
Post Office Box 29726, Elkins Park, PA 19027
Tel: 215-782-8367

*Counsel for Plaintiffs*

---

[2] Based in CT; admitted in NY; does not practice in DC's courts.

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document is being served this day by email on the following counsel of record for Defendants:

Jeffrey T. Green
Frank R. Volpe
Spencer D. Driscoll
Matthew J. Letten
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8000
jgreen@sidley.com
fvolpe@sidley.com
sdriscoll@sidley.com
mletten@sidley.com

Susan M. Hannigan (#5342)
Travis S. Hunter (#5350)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
(302) 651-7700
hannigan@rlf.com
hunter@rlf.com

May 30, 2018                                                           */s/ Misty A. Seemans*
                                                                                    Misty A. Seemans