# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JUANA DOE I et al., | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | C.A. No. 17-1494-JFB-SRF |
| INTERNATIONAL FINANCE CORPORATION, and IFC ASSET MANAGEMENT COMPANY, LLC, | § § § § | **PUBLIC REDACTED VERSION** |
| Defendants. | § § | |

## STIPULATION AND [PROPOSED] ORDER STAYING CASE

The undersigned Parties have conferred by and through counsel and, subject to the Court's approval, HEREBY STIPULATE AS FOLLOWS:

WHEREAS, Plaintiffs filed their complaint in this case on October 24, 2017 (D.I. 1);

WHEREAS, Defendants filed their Renewed Motion to Dismiss the Amended Complaint (D.I. 53) on April 22, 2018, and the briefing on the Motion concluded on July 12, 2019 (D.I. 60);

WHEREAS, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ the Parties agree that the instant litigation should be stayed for 90 days.

WHEREAS, no Party will suffer undue prejudice as a result of the stay, ▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

THEREFORE, IT IS HEREBY STIPULATED, by and between the Parties, subject to the approval of the Court that all proceedings are stayed for 90 days.

| | |
|---|---|
| Dated: February 18, 2020 | Respectfully submitted, |

| | |
|---|---|
| /s/ Travis S. Hunter | /s/ Misty A. Seemans |
| Susan Hannigan (#5342) | Misty A. Seemans, DE Bar # 5975 |
| Travis S. Hunter (#5350) | O.P.D. (Pro Bono; cooperating attorney with |
| RICHARDS, LAYTON & FINGER, P.A. | EarthRights International) |
| One Rodney Square | 820 North French Street |
| 920 N. King Street | Third Floor |
| Wilmington, Delaware 19801 | Wilmington, DE 19801 |
| (302) 651-7700 | Tel: (302) 577-5126 |
| hannigan@rlf.com | Email: misty@earthrights.org |
| hunter@rlf.com | |
| | Marissa Vahlsing |
| Jeffrey T. Green | marissa@earthrights.org |
| Frank R. Volpe | Marco Simons |
| Marisa S. West | marco@earthrights.org |
| Spencer D. Driscoll | Richard Hertz |
| SIDLEY AUSTIN LLP | rick@earthrights.org |
| 1501 K Street, N.W. | Sean Powers |
| Washington, D.C., 20005 | sean@earthrights.org |
| (202) 736-8291 | EARTHRIGHTS INTERNATIONAL |
| jgreen@sidley.com | 1612 K Street NW, Suite 401 |
| fvolpe@sidley.com | Washington, D.C., 20006 |
| mwest@sidley.com | Tel: (202) 466-5188 |
| sdriscoll@sidley.com | |
| | Jonathan Kaufman |
| *Counsel for Defendants* | LAW OFFICE OF JONATHAN KAUFMAN |
| | 341 W. 24th St. Apt. 21C |
| | New York, NY 10011 |
| | Tel: (212) 620-4171 |
| | |
| | Judith Brown Chomsky, *pro hac vice pending* |
| | LAW OFFICES OF JUDITH BROWN CHOMSKY |
| | Post Office Box 29726 |
| | Elkins Park, PA 19027 |
| | Tel: (215) 782-8367 |
| | |
| | Jose Luis Fuentes |
| | Law Offices of Jose Luis Fuentes |
| | 2625 Alcatraz Ave, No 213 |
| | Berkeley, California 94705 |
| | Tel: (213) 500-2500 |
| | jlflaw@att.net |
| | |
| | *Counsel for Plaintiffs* |

SO ORDERED this _____ day of February 18, 2020, that this action shall be stayed for 90 days.

_____
Hon. Sherry R. Fallon