**Draft radio announcement for class notice**

This is a legal notice: If you lived in the community of Panamá in the Bajo Aguán at any point from November 5, 2009 through October 24, 2017, or were at any point since 1992 a member of a farmers' cooperative whose lands were acquired or used for economic activity by the Dinant Corporation, you may be included in a civil lawsuit in a United States court against the International Finance Corporation (IFC) of the World Bank Group, and its subsidiary the IFC Asset Management Company, related to loans they made supporting Dinant. While you do not need to take any action if you want to be included in and benefit from the lawsuit, lawyers approved by the United States court are currently making efforts to contact you in order to explain your options. If you would like to receive more information about your options, call or send a WhatsApp message to the attorneys at XXX-XXX-XXXX before XXX, 2023. Again, for more information about your options, call or message XXX-XXX-XXXX before XXX, 2023.

Este es un aviso legal: Si vivió en la comunidad de Panamá del Bajo Aguán en cualquier momento desde el 5 de noviembre del 2009 hasta el 24 de octubre del 2017, o en algún momento desde el 1992 fue miembro de una cooperativa agraria cuyas tierras fueron adquiridas o utilizadas para actividad económica de la Corporación Dinant, podría ser parte de una demanda civil en una corte de los Estados Unidos en contra de la Corporación Financiera Internacional (CFI) del Grupo Banco Mundial, y su subsidiaria la CFI Empresa de Gestión de Activos, relacionada a préstamos proporcionados en apoyo a la Corporación Dinant. Aunque no necesita tomar ningún paso si quiere ser incluido y beneficiarse de esta demanda, los Abogados aprobados por la corte en Estados Unidos están intentando contactarlos para explicarle sus opciones. Para recibir más información sobre sus opciones, llame o escriba un mensaje a los abogados por WhatsApp al XXX-XXX-XXXX antes del XX de XXX del 2023. De nuevo, para más información sobre sus opciones llame o escriba a XXX-XXX-XXXX antes del XX de XXX del 2023.